# IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF GEORGIA
## AUGUSTA DIVISION

| | | |
|---|---|---|
| IN RE: SHANTEL E. RICHARDSON, | ) | CHAPTER 7 |
| | ) | |
| Debtor, | ) | CASE NO. 19-10648-SDB |

| | | |
|---|---|---|
| SHANTEL E. RICHARDSON, | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| vs. | ) | CONTESTED MATTER |
| | ) | |
| TITLEMAX OF GEORGIA, INC. | ) | |
| | ) | |
| Respondent. | ) | |

## RESPONSE TO MOTION TO REDEEM
## PERSONAL PROPERTY UNDER SECTION 722

COMES NOW TITLEMAX OF GEORGIA, INC. ("Respondent") and hereby files this Response to the Motion to Redeem Personal Property Under Section 722 filed by Debtor on January 3, 2020 (Doc. No. 48).

Debtor's arguments with respect to her alleged rights in the collateral are intertwined with the issues raised in Respondent's Motion for Relief from Stay (Doc. No. 17). The Court has set a hearing date on Respondent's Motion for February 20, 2020 at 9:00 A.M. Respondent respectfully submits that a hearing on Debtor's Motion should be set down for the same date and time.

WHEREFORE, Respondent requests that a hearing be scheduled, and for such other and further relief the Court deems just and proper.

Respectfully submitted this 14th day of January, 2020.

THE BOWEN LAW GROUP

7 E Congress St, Suite 1001  
Savannah, GA 31401  
(912) 544-2050  
(912) 544-2070 (fax)  
cbowen@thebowenlawgroup.com

/s/ Charles J. Bowen  
CHARLES J. BOWEN  
Georgia State Bar No. 071115  
*Attorney for Movant*

## IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF GEORGIA
## AUGUSTA DIVISION

| | | |
|---|---|---|
| IN RE: SHANTEL E. RICHARDSON, | ) | CHAPTER 7 |
| | ) | |
| Debtor, | ) | CASE NO. 19-10648-SDB |

| | | |
|---|---|---|
| SHANTEL E. RICHARDSON, | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| vs. | ) | CONTESTED MATTER |
| | ) | |
| TITLEMAX OF GEORGIA, INC. | ) | |
| | ) | |
| Respondent. | ) | |

## CERTIFICATE OF SERVICE

    This is to certify that I have this day served the following parties in this matter with a copy of the within and foregoing **Response to Motion to Redeem Personal Property Under Section 722** by depositing a true and correct copy in the U.S. Mail with sufficient postage affixed thereto and properly addressed or served electronically via the Court's CM/ECF system to the parties listed below:

| | |
|---|---|
| Shantel E. Richardson<br>105 Bertram Court<br>Augusta, GA 30909 | Huon Le<br>P.O. Box 2127<br>Augusta, GA 30903 |
| Terrance P. Leiden<br>courtinfo@leidenandleiden.com | Office of the U.S. Trustee<br>Ustpregion21.sv.ecf@usdoj.gov |

This the 14th day of January, 2020.

THE BOWEN LAW GROUP

/s/ Charles J. Bowen
CHARLES J. BOWEN
Georgia State Bar No. 071115
*Attorney for Movant*

7 East Congress Street
Suite 1001
Savannah, GA  31401
(912) 544-2050
(912) 544-2070 (fax)
*cbowen@thebowenlawgroup.com*